No. 302. COLPO v. PENNSYLVANIA. October 13, 1930. Petition for writ of certiorari to the Superior Court of Pennsylvania denied. *Mr. E. Lowry Humes* for petitioner. No appearance for respondent.

No. 303. CASALS v. FERNANDEZ. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Jose Tous Soto* for petitoner. No appearance for respondent.

No. 305. LA MESA, LEMON GROVE & SPRING VALLEY IRRIGATION DISTRICT v. SAN DIEGO. October 13, 1930. Petition for writ of certiorari to the Supreme Court of California denied. *Messrs. Albert J. Lee, H. W. O'Melveny,* and *Walter K. Tuller* for petitioner. *Messrs. Wm. J. Hunsaker, E. W. Britt,* and *T. B. Cosgrove* for respondent.

No. 308. B. ALTMAN & Co. v. UNITED STATES. October 13, 1930. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Joseph M. Hartfield* and *A. C. Newlin* for petitioner. Solicitor General Thacher, Assistant Attorney General Rugg and *Messrs. Claude R. Branch* and *Fred K. Dyar* for respondent.

No. 309. PROCTOR, RECEIVER, ET AL. v. FIRST NATIONAL BANK. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Romney Spring* for petitioners. *Mr. George S. Fuller* for respondent.